UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>MOHAMMAD HAIDER AGHA HASAN,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY S WHITE,<br><br>        Defendant.</td><td>Case No. 3:19-cv-04036-WHO<br><br><b>REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP</b></td></tr>
</table>

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether it is related to *Hasan v. White*, 19-cv-3979-JST.

**IT IS SO ORDERED.**

Dated: July 15, 2019



WILLIAM H. ORRICK
United States District Judge